

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | Case No. 4:20CR 38 |
| | § | Judge Mazzant |
| LINDA DUNLAP (1) | § | |
| a/k/a Skye | § | |
| CHRISTOPHER MATTHEWS (2) | § | |
| a/k/a Big Boy | § | |
| CRAIG BEASON (3) | § | |
| a/k/a Midlife Crisis | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine)

That from sometime in or around December 2018, and continuously thereafter up to in or around July 2019, in the Eastern District of Texas and elsewhere, **Linda Dunlap**, **Christopher Matthews**, and **Craig Beason**, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute a substance or mixture containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          __2/12/20_____
G.R. JACKSON                              Date
ANAND VARADARAJAN

Attorneys for the United States

Indictment
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | **SEALED** |
| v. | | Case No. 4:20CR 38 |
| | | Judge Mazzant |
| LINDA DUNLAP (1)<br>  a/k/a Skye<br>CHRISTOPHER MATTHEWS (2)<br>  a/k/a Big Boy<br>CRAIG BEASON (3)<br>  a/k/a Midlife Crisis | | |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   Imprisonment for a term of not more than 20 years, a fine not to exceed $1 million, or both; and a term of supervised release of at least three years.

If it is shown that the defendant committed such violation after a prior conviction for a felony drug offense has become final, not more than 30 years, a fine not to exceed $2 million, or both; a term of supervised release of at least 6 years.

Special
Assessment:   $100.00

Notice of Penalty
Page 1