IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR38 |
| | | Judge Mazzant |
| CRAIG BEASON | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Craig Beason**, have entered into a plea agreement in relation to the pending charges.

Respectfully submitted,

STEPHEN J. COX
United States Attorney

/s/ G.R. Jackson
G.R. JACKSON
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas   75074
972-509-1201

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via CM-ECF electronic filing to defense counsel on July 24, 2020.

/s/ G.R. Jackson
G.R. JACKSON